# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| OXBO, INC. | : | **CASE NO. 3:22CV046** |
| Plaintiff, | : | **JUDGE WALTER H. RICE** |
| | : | |
| vs. | : | |
| KONECRANES NUCLEAR EQUIPMENT AND SERVICES, LLC | : | |
| Defendants. | : | |

---

## ORDER OF DISMISSAL; TERMINATION ENTRY

---

The Court having been advised by counsel for the parties that the above matter has been settled, **IT IS ORDERED** that this action is hereby **DISMISSED,** with prejudice as to the parties, provided that any of the parties may, upon good cause shown **within 60 days**, reopen the action if settlement is not consummated.

Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America*, 114 S.Ct. 1673 (1994), and incorporate appropriate language in any substituted judgment entry.

The Court will retain jurisdiction to enforce the terms of the settlement between the parties, if necessary.

**IT IS SO ORDERED.**

Date: 3/5/2025

_Walter H. Rice_
WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT